

Jennifer Fransen Gould, Bar #135855
E-Mail: jgould@gsblaw.com
Garvey Schubert Barer
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ELLEN PARKINSON,<br><br>    Plaintiff,<br><br>v.<br><br>MAKING LIFE EASIER, LLC, an Oregon Domestic Limited Liability Corporation; DEBORAH L. FRIEND, individually,<br><br>    Defendants. | Case No. 3:13-cv-01545-AC<br><br>**OFFER OF JUDGMENT** |

To:    Ellen Parkinson, Plaintiff, and her attorneys of record, D. Michael Dale, Corinna Spencer-Scheurich and Elizabeth J. Inayoshi.

Making Life Easier, LLC and Deborah L. Friend, Defendants in the above-entitled action, hereby offer to allow judgment to be taken against them by the Plaintiff for the sum of Five Thousand and no/100 Dollars ($5,000), inclusive of costs now accrued, and inclusive of

OFFER OF JUDGMENT
Page 1 of 2

reasonable attorneys' fees. This offer is made pursuant to Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed as either an admission that Defendants are liable in this action, nor that Plaintiff has suffered any damage. Evidence of this offer is not admissible, and it shall not be filed with the court, except (a) if accepted, or (b) in a proceeding to determine costs. If this offer is not accept in writing within fourteen (14) days after it is served, it shall be deemed withdrawn.

DATED this 22nd day of May, 2014.

GARVEY SCHUBERT BARER

By _____
Jennifer Fransen Gould, Bar # 135855
Telephone: (503) 228-3939
Fax: (503) 226-0259
E-Mail: jgould@gsblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **OFFER OF JUDGMENT**

Corinna Spencer-Scheurich
Northwest Workers' Justice Project
812 SW Washington, Suite 1100
Portland, OR 97205
Telephone: (503) 525-8454
Facsimile: (503) 946-3029
Email: Corinna@nwjp.org

D. Michael Dale
Law Office of D. Michael Dale
P.O. Box 1032
Cornelius, OR 97113-1032
Telephone: (503) 357-8290
Facsimile: (503) 946-3089
Email: michaeldale@dmichaeldale.net

Elizabeth J. Inayoshi
The Law Office of Elizabeth J. Inayoshi, LLC
308 SW 1st Avenue, Suite 325
Portland, OR 97204
Telephone: (503) 310-9441
Email: ejinayoshi@gmail.com

by the following indicated method or methods on the date set forth below:

☐ CM/ECF system transmission.

☐ **E-mail.** As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☒ **First-class mail, postage prepaid.**

DATED this 22nd day of May, 2014.

_____
Jennifer Gould, Bar # 135855
Attorney for Defendants Making Life Easier,
LLC and Deborah L. Friend

PDX_DOCS:517703.1 [30185.00264]

CERTIFICATE OF SERVICE
Page 1 of 1

PARKINSON EXHIBIT A 000003