**D. Michael Dale**, OSB# 771507
michaeldale@dmichaeldale.net
Law Office of D. Michael Dale
P.O. Box 1032
Cornelius, OR 97113-1032
Telephone: (503) 357-8290
Facsimile: (503) 946-3089

**Corinna Spencer-Scheurich**, OSB# 130147
Corinna@nwjp.org
Northwest Workers' Justice Project
812 SW Washington, Suite 1100
Portland, OR 97205
Telephone: (503) 525-8454
Facsimile: (503) 946-3029

**Elizabeth J. Inayoshi**, OSB# 133929
ejinayoshi@gmail.com
The Law Office of Elizabeth J. Inayoshi, LLC
308 SW 1st Avenue, Suite 325
Portland, OR 97204
Telephone: (503) 310-9441

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ELLEN PARKINSON**<br>Plaintiff, | Civil No.: 3:13-cv-01545-AC |
| v. | **STIPULATED GENERAL JUDGMENT AND MONEY AWARD** |
| **MAKING LIFE EASIER, LLC**, an Oregon Domestic Limited Liability Corporation; **DEBORAH L. FRIEND**, individually,<br>Defendants. | |

Page 1 - STIPULATED GENERAL
JUDGMENT AND MONEY AWARD

Based upon the Offer of Judgment made by Defendants, Making Life Easier, LLC and Deborah L. Friend ("Defendants") and accepted by Plaintiff Ellen Parkinson, by and through their attorneys of record as authorized below,

Therefore, it is **ORDERED AND ADJUDGED:**

That Plaintiff is awarded judgment on her Complaint filed in this action as against Defendants and is awarded a Money Award against Defendant as follows:

1. Judgment Creditor:

    Ellen Parkinson
    C/O Northwest Workers' Justice Project
    812 SW Washington, Suite 1100
    Portland, OR 97205
    Phone: 503-525-8454

2. Judgment Creditor's Attorney:

    D. Michael Dale, OSB# 771507
    Law Office of D. Michael Dale
    P.O. Box 1032
    Cornelius, OR 97113-1032
    Phone: 503- 357-8290

3. Judgment Debtor:

    Making Life Easier, LLC
    C/O Deborah L. Friend, Owner/ Registered Agent
    7315 N.W. Kaiser Road
    Portland, Oregon 97229

4. Judgment Debtor:

    Deborah L. Friend
    7315 N.W. Kaiser Road
    Portland, Oregon 97229

5. Judgment Debtors' Attorney:

    Jennifer Fransen Gould, Bar #135855
    Garvey Schubert Barer
    Eleventh Floor
    121 S.W. Morrison Street
    Portland, Oregon 97204-3141
    Phone: 503-228-3939

///
///
///

Page 2 - STIPULATED GENERAL
JUDGMENT AND MONEY AWARD

NORTHWEST WORKERS ' JUSTICE PROJECT
812 SW Washington, Suite 1100
Portland, Oregon 97205
Telephone: (503) 525-8454
Facsimile: (503) 946-3029

6. Judgment Principal Amount:     $ 5000.00


DATE: June 10, 2014

_____
United States Magistrate Judge John V. Acosta

Presented by:

/s/ D. Michael Dale
D. Michael Dale, OSB# 771507
michaeldale@dmichaeldale.net
Law Office of D. Michael Dale
P.O. Box 1032
Cornelius, OR 97113-1032
Telephone: (503) 357-8290
Facsimile: (503) 946-3089

Approved as to form:
Garvey Schubert Barer

/s/ Jennifer Fransen Gould
Jennifer Fransen Gould, OSB #135855
jgould@gsblaw.com
Garvey Schubert Barer
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3151
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

Page 3 - STIPULATED GENERAL
JUDGMENT AND MONEY AWARD

NORTHWEST WORKERS' JUSTICE PROJECT
812 SW Washington, Suite 1100
Portland, Oregon 97205
Telephone: (503) 525-8454
Facsimile: (503) 946-3029